151 A.3d 963

IN THE MATTER OF THE CIVIL COMMITMENT
OF W.W., SVP-667-13(W.W.—PETITIONER)

SEPTEMBER 15, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003281-12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.